USDC SCAN INDEX SHEET











SMITH

FIRST PREMIER BANK

CAG    2/24/98    10:14

3:98-CV-00052

*2*

*STIP.*

```
                    UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF SOUTH DAKOTA

                         SOUTHERN DIVISION
```

FILED
FEB 24 1998
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
*DEPUTY*

* * * * * * * * * * * * * * * * * * * *

DWIGHT W. SMITH,
an individual consumer, and
REGINA SMITH,
an individual consumer,

        Plaintiffs,

vs.

FIRST PREMIER BANK,

        Defendant.

CIV. 98-0052-BTM(LAB)

**STIPULATION FOR EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND RESPOND TO DISCOVERY**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

It is hereby stipulated and agreed by and between the Plaintiffs Dwight W. Smith and Regina Smith, through their counsel Harold M. Hewell of DOUKAS & HEWELL of San Diego, California, and the Defendant First PREMIER Bank through its counsel Monte R. Walz of DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P., Sioux Falls, South Dakota, as follows:

    1.  That the parties desire to explore potential resolution of the above matter before requiring that an Answer be filed by the Defendant, First PREMIER Bank;

    2.  That, accordingly, the parties stipulate that the Defendant shall be and hereby is granted an indefinite extension of time in which to file its Answer which extension shall also apply to the discovery requests of the Plaintiff and any disclosures or activities otherwise specified under F.R. Civ. P. Rule 26;

2

3. That upon written notice from the Plaintiffs' counsel, the Defendant will serve its Answer within ten (10) days of the date of such written notice and shall respond to discovery within an additional fifteen (15) days of such Answer.

4. That the Defendant expressly reserves all of its claims and defenses herein including, but not limited to, defenses and motions relating to jurisdiction and venue.

Dated at San Diego, California, this  17th day of February, 1998.

        DOUKAS & HEWELL

        _____
        Harold M. Hewell
        835 Fifth Avenue, Suite 415
        San Diego, CA  92101
        Telephone (619)235-6854
        Fax No. (619)235-9122
        Attorneys for Plaintiffs

Dated at Sioux Falls, South Dakota, this 11th day of February, 1998.

        DAVENPORT, EVANS, HURWITZ &
        SMITH, L.L.P.

        _____
        Monte R. Walz
        513 South Main Avenue
        P.O. Box 1030
        Sioux Falls, SD 57101-1030
        Telephone (605)336-2880
        Fax No. (605)335-3639
         Attorneys for Defendant